VERNER P. KENNEDY, Respondent, v. STEFANIA M. DZENGIELEWSKI, Appellant, Impleaded, etc.*— Judgment and order affirmed, with costs. All concur, except Sears, P. J., and Crouch, J., who dissent and vote for reversal on the law and facts on the ground that the evidence is insufficient to show that the appellant agreed to bind her separate estate to pay the plaintiff for services rendered by him to the appellant's husband, on the authority of *Vernaglia* v. *Cirota* (156 N. Y. Supp. 432); *Potts* v. *Pardee* (220 N. Y. 431, 434); *McGuire* v. *Hughes* (207 id. 516). Present—Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

LOUIS W. EMERICK, Appellant, v. UNITED BOND AND BUILDING CORPORATION, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

EMIL SCHULTZ, Respondent, v. JOHN W. JOHNSTON, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

LOUIS SCALA, Respondent, v. JOSEPH MONTIBELLO, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of FRANK T. SAGE and Others, Petitioners, for a Certiorari Order against THOMAS E. BRODERICK and Others, Constituting the Town Board of the Town of Irondequoit, Monroe County, N. Y., Respondents.— Motion for reargument granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

SYRACUSE INTERCEPTING SEWER BOARD, Respondent, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

FRED A. MAXWELL, Appellant, v. JEFFERSON COUNTY PATRONS' FIRE RELIEF ASSOCIATION, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

EMPIRE PRODUCE COMPANY and Another, Appellants, v. TIMOTHY J. RING, as Administrator, etc., of MICHAEL RING, Deceased, Respondent.— Motion for reargument denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

MICHAEL MURPHY, Respondent, v. ELIZABETH HICKEY and Another, as Executors, etc., of EUGENE HICKEY, Deceased, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Property of MARY F. WARNER, Deceased, Subject to Taxation under the Taxable Transfer Act, Chapter 60, Article 10, Consolidated Laws. — Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HARRY L. ALLEN, as Trustee in Bankruptcy of AMERICAN RAILWAY BROTHERHOOD ASSOCIATION, INCORPORATED, Respondent, v. D. MATTHEW RYAN, Appellant. — Motion granted and the appeal from the order denying defendant's motion for a new trial is dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.